MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Tobie L. Arfstrom and Katherine R. Arfstrom

Chapter 7 Case No. 10-42650

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Consulting Radiologists, Ltd. 1221 Nicollet Mall, Suite 600 Minneapolis, MN 55430-2444 | 1 | 68.75 | 1.30 |

Dated: February 2, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Arfstrom\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

February 2, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Tobie L. Arfstrom and Katherine R. Arfstrom
      BKY No. 10-42650

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $1.30 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee

RECEIVED 11 FEB -3 AM 9:26 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Arfstrom\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd